# United States District Court

## WESTERN DISTRICT OF WASHINGTON

MICHAEL J. COLLINS, pro se

v.

WASHINGTON STATE L & I; and
     DAVID A. IVERSON

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5011RBL

__    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's Application to Proceed *In Forma Pauperis* is **DENIED** and his Complaint is **DISMISSED** without prejudice.

       April 7, 2010
Date

       BRUCE RIFKIN
Clerk

       *s/Caroline M. Gonzalez*
Deputy Clerk